**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Newton
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 24-MJ-3014, 3015 (JDH)
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: ERIC L. BROWN   Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
Alias Name: _____
Address: NEWTON, MA
Birth date (Yr only): 1948  SSN (last 4#): 3012  Sex: M  Race: W  Nationality: USA
Defense Counsel if known: Peter Elikann, Esq.  Address: 127 Main Street, Charlestown, Ma. 02129
Bar Number: _____

**U.S. Attorney Information**
AUSA: Seth B. Kosto  Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**
**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☑ Information  ☐ Indictment
**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/26/2025  Signature of AUSA: SETH KOSTO
Digitally signed by SETH KOSTO
Date: 2025.09.26 13:35:06 -04'00'

JS 45 (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  ERIC L. BROWN

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC § 1343 | WIRE FRAUD | 1-2 |
| Set 2 | 18 USC § 1957 | UNLAWFUL MONETARY TRANSACTIONS | 3 |
| Set 3 | 18 USC § 981 | FORFEITURE ALLEGATIONS | N/A |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013