UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 1:25-cr-10383NMG

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **MOTION FOR** |
| V. | ) | **WITHDRAWAL OF** |
| | ) | **COUNSEL** |
| ERIC BROWN | ) | |

Peter Elikann, currently counsel for the Defendant Eric Brown, moves this Honorable Court permit him to withdraw as counsel in the above captioned matter in United States District Court pursuant to Rule 83.5.2(c) of the Local Rules for the United States District Court for Massachusetts.

As grounds therefore, Counsel states that:

1. There has been a complete breakdown of the attorney-client relationship.

2. Although counsel had not filed an appearance on this matter, he and the Defendant had, in fact, signed an agreement for the Defendant to plead to an information with the United States Attorney which was submitted to the Court and scheduled to be heard on October 16, 2025 which would, indeed, be considered tantamount to an appearance.

3. On October 7, the Defendant informed Counsel (and co-counsel David Erickson who had not been requested to sign the plea agreement) that he wished to withdraw the plea agreement and cancel the scheduled October 16 hearing. Additionally, he informed Attorneys Elikann and Erickson that he had terminated them as counsel and was hiring successor counsel to represent him at trial.

4. A withdrawal of counsel at this time will cause no delay in the speedy administration of justice since the Defendant's case has not yet been indicted there has been no proceedings yet in court at this time. New successor counsel would be able to start representation on this case from the beginning even before the first court appearance occurs.

5. Although no successor counsel has yet filed an appearance, it would still be untenable for current counsel to remain as counsel when the indictment eventually is handed down in light of the complete breakdown of the attorney/client relationship.

WHEREFORE, Counsel respectfully moves this Honorable Court grant the within Motion as in the interest of justice.

Respectfully submitted

/s/ Peter Elikann

Peter Elikann
Attorney at Law
127 Main Street
Charlestown, Ma. 02129
617/742-9462

1

# CERTIFICATE OF SERVICE

I, Peter Elikann, counsel for the defendant Eric Brown, hereby certify that the within Motion for Withdrawal of Counsel was served upon the Government by delivering it through the ECF system, which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 10th day of October, 2025.

Dated: October 10, 2025.

/s/ Peter Elikann